Marion McAdow, Appellant, v. Paul George Papsdorf et al., Appellees.

Gen. No. 44,517.

opinion filed March 16, 1949; rehearing denied April 19, 1949; released for publication April 20, 1949.  Thomas W. Winton, for appellant; Charles D. Snewind, of counsel; Burt A. Crowe, for appellees; Carl E. Abrahamson, of counsel.  Opinion by JUSTICE LEWE.  **Not to be published in full.**